UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KENDRA GEORGES,<br><br>        Defendant. | CIVIL ACTION<br>NO.<br><br>05-cv-10766-PBS |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America. Attorney Barry E. Reiferson will remain as lead counsel for said plaintiff in the above-captioned matter.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:   /s/ Barbara Healy Smith
       BARBARA HEALY SMITH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3282

Dated:     April 15, 2005