UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-10766 PBS |
| | ) | |
| KENDRA GEORGES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Whereas the liabilities at issue in this action have been paid and no responsive pleading has been served, the United States of America voluntarily dismisses this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Barry E. Reiferson
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6058